IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE ROBERT CATE,

        Petitioner,           No. CIV S-99-1466 WBS JFM P

    vs.

JOSEPH MCGRATH, Warden,
et al.,

        Respondents.      ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter is set for hearing before the undersigned on August 4, 2005 on petitioner's motion for a protective order, to expand the record to include, and to seal, a medical report by Dr. Joan B. Gerbasi, J.D., M.D.  Petitioner has not yet submitted the report to the court.  Good cause appearing, IT IS HEREBY ORDERED that petitioner shall forthwith lodge Dr. Gerbasi's medical report with the court.  Said report shall be maintained under seal until further order of court.

DATED: August 3, 2005.


UNITED STATES MAGISTRATE JUDGE

12;cate1466.rep

1