DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
EUGENE ROBERT CATE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE ROBERT CATE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT AYERS, Warden,<br><br>　　　　　Respondent. | No. CIV S-99-1466 WBS JFM P<br><br>**ORDER** |

## **O R D E R**

Pursuant to Petitioner's unopposed request and good cause appearing therefor, it is hereby ORDERED that the deadline for filing any objections to the Findings and Recommendations is hereby extended to November 10, 2008.

DATED: October 14, 2008.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE