IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE ROBERT CATE,

    Petitioner,   2:99-cv-1466-GEB-JFM-HC

  vs.

ROBERT L. AYERS, et al.,

    Respondents.   <u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding through counsel, has timely filed a notice of appeal of this court's November 18, 2008 denial of his application for a writ of habeas corpus together with a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

///

///

1

For the reasons set forth in the magistrate judge's September 26, 2008 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's December 18, 2008 request for a certificate of appealability is denied; and

2. The Clerk of the Court is directed to process petitioner's appeal to the United States Court of Appeals for the Ninth Circuit.

Dated: January 20, 2009

GARLAND E. BURRELL, JR.
United States District Judge